IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| OSRAM OPTO SEMICONDUCTORS GMBH, OSRAM GMBH, DIGITAL LUMENS, INC. and OSRAM SYLVANIA, INC., <br><br> Plaintiffs, <br><br> v. <br><br> HEALTHE, INC. and LIGHTING SCIENCE GROUP CORP., <br><br> Defendants. | ) ) ) ) ) ) ) ) ) ) ) ) ) C.A. No. 19-1616-LPS |

**UNOPPOSED MOTION FOR LEAVE TO WITHDRAW AS COUNSEL**

Pursuant to Rule 83.7 of the Local Rules of the United States District Court for the District of Delaware, counsel with the firm of Noroozi PC hereby moves the Court for leave to withdraw as counsel for Defendants Healthe, Inc. and Lighting Science Group Corp., and in support thereof states the following:

1. Defendants do not oppose this motion.

2. Plaintiff does not oppose this motion.

3. Defendants continue to be represented by remaining counsel of record, John G. Day and Andrew C. Mayo of the law firm Ashby & Geddes, who are members of the Bar of this Court.

4. Garret Leach and Eric Hayes with the firm of Kirkland & Ellis LLP have represented that they will be making appearances as counsel on behalf of Defendants.

5. Defendant does not expect this withdrawal will materially disrupt existing timelines.

For the foregoing reasons, counsel respectfully requests that the motion be granted.

{01600039;v1 }

ASHBY & GEDDES

*/s/ Andrew C. Mayo*
_____
John G. Day (#2403)
Andrew C. Mayo (#5207)
500 Delaware Avenue, 8th Floor
P.O. Box 1150
Wilmington, DE  19899
(302) 654-1888
jday@ashbygeddes.com
amayo@ashbygeddes.com

*Attorneys for Defendants*

Dated:  August 24, 2020